UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60806-CV-DIMITROULEAS

Alejandro Ledezma Bastidas,

     Petitioner,

v.

U.S. Attorney General
Pamela Bondi,
Secretary of Homeland Security,
Acting Director U.S. Immigration and Customs Enforcement
Todd Lyons,
Acting Miami Field Office Director
Juan Agudelo,
Broward Transitional Center Facility Administrator Detention Center
Cynthia Lawson-Swain,

     Respondents.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Alejandro Ledezma Bastidas

("Petitioner")'s Emergency Motion to Prevent Transfer of Petitioner and Petition for Writ of

Habeas Corpus (the "Motion and Petition") [DE 1], filed March 19, 2026. The Court has

considered the Motion and Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  No later than **March 25, 2026**, Respondents shall file a response to the Petition.

    Petitioner may file a reply on or before March 30, 2026.

2.  The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 20th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov