UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 26-60806-CV-DIMITROULEAS**

ALEJANDRO LEDEZMA BASTIDAS,

     Petitioner,

v.

PAM BONDI, *et al.*,

     Respondents.

                        /

## <u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>

**THIS CAUSE** is before the Court on Petitioner Alejandro Ledezma Bastidas ("Petitioner")'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [DE 1], filed March 19, 2026.  The Court has considered the Petition, the Respondents' March 25, 2026, Response [DE 7], notes that no Reply was filed by Petitioner[1], and is otherwise fully advised in the premises.

Upon careful consideration of the arguments presented by both sides, the Court is persuaded by the reasoning and conclusion of the recent decision entered on February 6, 2026 by the Fifth Circuit Court of Appeals, holding that the noncitizen petitioners in removal proceedings were subject to mandatory detention under 28 U.S.C. § 1225(b)(2) because they were present in the United States without being admitted or paroled, despite having entered illegally many years

---

[1] The Court's March 20, 2026 Order Requiring Expedited Response from Respondents permitted Petitioner to file a reply on or before March 30, 2026.  [DE 4].  On March 27, 2026, Petitioner's wife, Ximena Cordoba ("Cordoba") filed a Reply to Respondents' Response on behalf of Petitioner.  [DE 8].  On April 1, 2026, Cordoba filed a Supplemental Reply on behalf of Petitioner.  [DE 9].  However, Cordoba was not granted next friend standing to act on Petitioner's behalf, nor has she made the required showing "that the real party in interest is unable to litigate his own cause due to mental incapacity, lack of access to court, or other similar disability." *Whitmore v. Arkansas*, 495 U.S. 149, 165 (1990).

ago. *See Buenrostro-Mendez v. Bondi et al.*, Case. Nos. 25-20496; 25-40701 (Feb. 6, 2026). The Court adopts the analysis of the majority opinion of that decision as if set forth herein.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Petition for a Writ of Habeas Corpus [DE 1] is **DENIED**.

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of April 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Alejandro Ledezma Bastidas, *Pro Se*
A 077-751-503
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073

Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov